IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
IN OPEN COURT

DEC - 3 2025

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALIMUNUER NUERKAMALI,<br><br>Defendant. | Case No. 1:25-CR-323<br><br>Count One: 18 U.S.C. § 13, Assimilating Virgina Code Section 46.2-817 (Disregard of Signal of Law Enforcement to Stop)<br><br>Count Two: 32 C.F.R. 1903.7 (Trespassing)<br><br>Count Three: 18 U.S.C.§ 115(a)(1)(B) (Threatening a Federal Official) |

### INDICTMENT

December Term – at Alexandria, Virginia

THE GRAND JURY CHARGES THAT:

**Count One**
*(Disregard of Signal of Law Enforcement to Stop)*

On or about November 5, 2025, at or near Fairfax County, Virginia, in the Eastern District of Virginia, and within the Special Maritime and Territorial Jurisdiction of the United States, the defendant, ALIMUNUER NUERKAMALI, having received a visible and audible signal from a law-enforcement officer to bring his motor vehicle to a stop, drove such motor vehicle in a willful and wanton disregard of such signal.

(In violation of 18 U.S.C. § 13, Assimilating Virginia Code Section 46.2-817).

## Count Two
*(Trespassing)*

On or about November 5, 2025, at or near Fairfax County, Virginia, in the Eastern District of Virginia, the defendant, ALIMUNUER NUERKAMALI, did enter a Central Intelligence Agency installation without proper authorization.

(In violation of Title 32 Code of Federal Regulations, Section 1903.7)

## Count Three
*(Threatening a Federal Official)*

On or about November 5, 2025, at or near Fairfax County, Virginia, in the Eastern District of Virginia, the defendant, ALIMUNUER NUERKAMALI, did threaten to murder federal Central Intelligence Agency Police (CIAP) officers, with intent to impede, intimidate, and interfere with them, while they were engaged in, and on account of, the performance of their official duties.

(In violation of Title 18, United States Code, Section 115(a)(1)(B)).

Lindsey Halligan
United States Attorney and Special Attorney

Todd W. Blanche
Deputy Attorney General

Robert K. McBride
First Assistant United States Attorney

By: *Jason Xavier Hamilton*

Jason X. Hamilton
Special Assistant United States Attorney
April Russo
Assistant United States Attorney

A TRUE BILL
FOREPERSON

Pursuant to the E-Government Act, The original of this page has been filed under seal in the Clerk's Office