IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandira Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALIMUNUER NUERKAMALI,<br><br>Defendant. | Case No. 1:25-CR-323 |

## MOTION TO DISMISS REMAINING COUNTS

The United States of America, through its attorneys, Todd W. Blanche, Deputy Attorney General of the United States, and Jason X. Hamilton, Special Assistant United States Attorney, hereby moves this Court to dismiss with prejudice Counts One and Two of the Indictment in the above-captioned case.

Respectfully submitted,

Todd W. Blanche
Deputy Attorney General

By: /s/ J.X. Hamilton
Jason X. Hamilton
Special Assistant United States Attorney
Jacob A. Mercer
Special Assistant United States Attorney
Jordan Harvey
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314

1

CERTIFICATE OF SERVICE

    I hereby certify that on this 28th day of January 2026, I electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing (NEF) to all counsel of record.

By:     /s/
Jason X. Hamilton
Special Assistant United States Attorney
Jacob A. Mercer
Special Assistant United States Attorney
Jordan Harvey
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314