IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA      )
                                 )
        v.                              )     Case No.: 1:25-323
                                   )
ALIMUNUER NUERKAMALI,       )
                                   )
       Defendant.               )

**ORDER**

Upon Motion of the United States to Dismiss Counts One and Two of the Indictment in the above-captioned case, it is hereby

ORDERED that Counts One and Two of the Indictment in the above-captioned case are dismissed as to this defendant only.


_____                _____

Date                                     The Honorable Anthony J. Trenga
                                    United States District Judge